JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM A. SOKOLOWSKI, | |
| Plaintiff, | |
| v. | Case No. SACV13-01277-JVS (ANx) |
| WESTERN DIGITAL CORP., *et al.*, | **DISMISSAL ORDER AND FINAL JUDGMENT** |
| Defendants, | |
| and | Judge: Hon. James V. Selna |
| STEC, INC., a California Corporation, | Ctrm. 10C |
| Nominal Defendant. | |

1  The Court has received and reviewed the Parties' Joint Stipulation
2 Regarding Settlement Agreement, filed January 9, 2014.  Based upon that Joint
3 Stipulation, and for good cause shown, IT IS HEREBY ORDERED that this action
4 is dismissed with prejudice, with each party to bear its own costs.
5  The Court directs immediate entry of this Final Judgment by the Clerk of the
6 Court.

8 IT IS SO ORDERED.
9 DATED: January 10, 2014

11  THE HONORABLE JAMES V. SELNA
12  UNITED STATES DISTRICT JUDGE